RECEIVED

2005 NOV 29 A 9: 11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DVI FINANCIAL SERVICES,

    Plaintiff,

vs.

HOLLIS EYE FAMILY LIMITED
PARTNERSHIP, et al,

    Defendants.

CIVIL ACTION FILE

NO. 2:05mc3271-A

## REQUEST TO CLERK FOR REGISTRATION OF DISTRICT COURT JUDGMENT RENDERED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

To the Clerk of the United States District Court for the Middle District of Alabama:

    You are hereby requested to register promptly in your district pursuant to Title 28, Section 1963 of the United States Code a judgment rendered and entered in a civil action, Docket No. 1:02-cv-1650-JTC, by the United States District Court for the Northern District of Georgia, Atlanta Division, on November 22, 2004, in favor of DVI Financial Services, Inc., a corporation, as Plaintiff, on whose behalf the registration is requested, and against Hollis Eye Family Limited Partnership, a limited partnership, and D. Stephen Hollis, individually, as Defendants. The judgment is for the recovery of money as more fully shown by the attached certified copy of the default judgment. The judgment is a final judgment in that a default judgment was entered November 22, 2004 based on the order of the Hon. Jack Camp, United States District Judge, dated November 19, 2004, a copy of which is attached. No appeal has been taken from that judgment and the time for appeal has now expired.

    In support of this request for registration, it is shown that the judgment is valid and subsisting under the laws of the State of Georgia, where it was rendered, in accordance with applicable Georgia law, in that the judgment is less than one (1) year old. Plaintiff would contend that "good cause" for registering this judgment in Alabama is shown because the Defendants have assets in Alabama, specifically in Barbour County, Alabama, which can be used to satisfy this judgment. Plaintiff has been unable to collect its judgment from assets owned by the Defendants in the State of Georgia.

    You are requested to notify the undersigned, attorney for DVI Financial Services, Inc., as Plaintiff, at the address set out below as soon as the registration is effected in order that enforcement of the judgment in this district may be expedited.

    RESPECTFULLY SUBMITTED this 14 day of November, 2005.

_____
CHARLES N. PARNELL, III
Attorney for Plaintiff
Attorney Code: PAR016

OF COUNSEL:
PARNELL & CRUM, P.A.
PO Box 2189
Montgomery, AL 36102-2189
334/832-4200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request has been served on the below listed party of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the ___14th___ day of ~~July,~~ November 2005.

_____
OF COUNSEL

Hollis Eye Family Limited Partnership
D. Stephen Hollis
1671 South Eufaula Ave.
Eufaula, AL 36027