UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DVI FINANCIAL SERVICES,<br><br>        Plaintiff,<br><br>vs.<br><br>HOLLIS EYE FAMILY LIMITED PARTNERSHIP, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:02-cv-1650-JTC |

### DEFAULT JUDGMENT

The defendant, Hollis Eye Family Limited Partnership, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, the Honorable Jack T. Camp, United States District Judge, by Order of November 19, 2004, having directed that judgment issue in favor of plaintiff and against the defendant, it is

**Ordered and Adjudged**, that the plaintiff DVI Financial Services, recover from the defendant Hollis Eye Family Limited Partnership, the amount of $220,676.10, plus interest at the rate of 2.53%.

Dated at Atlanta, Georgia this 22nd day of November, 2004.

                                  LUTHER D. THOMAS
                                  CLERK OF COURT

                  By:    s/ Denza F. Bankhead
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   November 22, 2004
Luther D. Thomas, Clerk of Court

By:   s/ Denza F. Bankhead
      Deputy Clerk

### CERTIFICATION
### CM/ECF DOCUMENT

I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: NOV 22 2004

By: _____, Deputy Clerk
Luther D. Thomas, Clerk of Court