| | | |
|---|---|---|
| CHARLES N. PARNELL, III<br>G. BARTON CRUM<br>ROBERT J. RUSSELL, JR.<br>BRITT BATSON GRIGGS<br>MATTHEW T. ELLIS<br>ADRIAN D. JOHNSON<br>J. MATTHEW PARNELL<br>DAYNA R. BURNETT<br>MICHAEL LEE HASSELL, JR. | **PARNELL & CRUM, P. A.**<br>ATTORNEYS AT LAW<br>641 SOUTH LAWRENCE STREET<br>MONTGOMERY, ALABAMA 36104<br><br>February 29, 2008 | TELEPHONE<br>334-832-4200<br><br>TELECOPIER<br>334-293-3550<br><br>MAILING ADDRESS<br>P.O. BOX 2189<br>ZIP CODE 36102-2189 |

RECEIVED
2008 MAR -3 A 9: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Sheryl Lent
U.S. District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

RE: DVI Financial Services vs. Hollis Eye Family Ltd.
Our File No. 868042
Georgia Case Number: 1:02-CV-1650-JTC
ALMD- 2:05 mc 3271

Dear Mrs. Lent:

As you will recall, we discussed this case a couple of weeks ago and you informed me that since this was merely the registration of a judgment from the United States District Court from the Northern District of Georgia, Atlanta Division, that a file was opened for the registration purposes and then immediately closed. You informed me that if I wished to place any sort of correspondence in the file to indicate that the judgment had been satisfied that it would be permissable for me to do so. Therefore, this correspondence is intended to notify this Court that the Defendant in the case, Hollis Eye Family Limited Partnership, et al, has satisfied this judgment in full. In addition, we have notified the attorney that obtained the judgment in Georgia so that he can file the proper Release and Satisfaction in that Court. Should you have any questions or need additional information, please do not hesitate to contact me.

Sincerely,

Amy M. Beesley
Legal Assistant to Dayna R. Burnett-Wilhoit